■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK H. BARCLAY, Appellant. [705 NYS2d 896] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Minardo, J.), rendered April 1, 1997, convicting him of rape in the first degree (two counts), assault in the second degree, and unlawful imprisonment, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (see, People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (see, CPL 470.15 [5]).

The defendant's remaining contentions, including those raised in his supplemental pro se brief, are either unpreserved for appellate review or without merit. O'Brien, J. P., Sullivan, Friedmann and Feuerstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENTE BATISTA, Appellant. [706 NYS2d 347] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Fisher, J.), dated January 22, 1998, convicting him of attempted murder in the second degree, robbery in the first degree, and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Krausman, J. P., H. Miller, Schmidt and Smith, JJ., concur.